No. 546. O'LEARY ET AL. *v.* LIGGETT DRUG Co.;
No. 547. O'LEARY ET AL. *v.* SEARS, ROEBUCK & Co.; and
No. 548. O'LEARY ET AL. *v.* JOHNSTON-SHELTON Co., DOING BUSINESS AS THE HOME STORE. December 3, 1945.

Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Marston Allen* for petitioners. *Messrs. Henry M. Huxley* and *Ralph Munden* for respondents in Nos. 546 and 547, and *Mr. H. A. Toulmin, Jr.* for respondent in No. 548. Reported below: 150 F. 2d 656.